

EXHIBIT

tabbies

B