2:24    ..Il 5G+ 43

5/1/26

←    Aa

**MS  MED-1 Solutions**    2:22 PM ☆
To: Me ⌄

# MED·1
## SOLUTIONS

We previously sent you letters notifying you of this past due medical bill(s) and of your rights under the Fair Debt Collection Practices Act. To date, this account(s) remains unresolved. It is very important that you contact our office.

We know dealing with an outstanding bill can be difficult and our representatives are here to help you find a solution. In order to resolve this matter, please call a MED-1 Solutions representative at 888.323.0811. For your convenience, please visit our website at www.med1solutions.com to view the account(s) and make a payment.

This communication is from a debt collector. This is an attempt to collect a debt and any

🗑 Delete    ↩ Reply    ↪ Forward    ⬆ Move    ••• More

To opt out of future emails, please click this


EXHIBIT
tabbies®