

THE LAW FIRM OF

## PHILIPPS & PHILIPPS, LTD.

David J. Philipps
    davephilipps@aol.com
Mary E. Philipps
    mephilipps@aol.com
Angie K. Robertson
    angie@philippslegal.com

June 1, 2026

**CERTIFIED U.S. MAIL,**
**RETURN RECEIPT REQUESTED**
Med-1 Solutions, LLC
517 US Highway 31 North
Greenwood, Indiana 46142

Re:     **Amber Clark,** ██████████████████████

To Whom It May Concern:

I, along with my co-counsel, John Steinkamp, represent Ms. Clark regarding your attempts to collect a debt that she allegedly owes to Community Health Network. As our client initially told you, she is represented by counsel. Accordingly, we demand that you stop contacting her regarding the debt.

Very truly yours,

David J. Philipps
DJP:amt
Enclosure
Cc:    John T. Steinkamp
        John Steinkamp and Associates
        5214 S. East Street
        Suite D1
        Indianapolis, Indiana 46227

9760 South Roberts Road, Suite One, Palos Hills, Illinois 60465
708.974.2900  Fax 708.974.2907
www.philippslegal.com

**EXHIBIT**
**D**
tabbies



PITNEY BOWES
$10.449
US POSTAGE
FIRST-CLASS
003W0002312350
2000263507
ZIP 60465
JUN 01 2026

CERTIFIED MAIL®

9589 0710 5270 2905 0324 42

Med-1 Solutions, LLC
517 US Highway 31 North
Greenwood, Indiana 46142



THE LAW FIRM OF

PHILIPPS & PHILIPPS, LTD.

9760 South Roberts Road, Suite One, Palos Hills, Illinois 60465