Case 1:26-cv-01177-RLY-MKK   Document 8   Filed 06/18/26   Page 1 of 2 PageID #: 23

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Indiana

| | | |
|---|---|---|
| Amber Clark, | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:26-cv-01177-RLY-MKK |
| Med-1 Solutions, LLC, an Indiana limited liability company, | ) ) ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Med-1 Solutions, LLC
c/o William J. Huff, registered agent
517 US Highway 31 N
Greenwood, Indiana 46142

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Kristine L. Seufert

BY: _____
Deputy Clerk

Date:   6/3/2026

## AFFIDAVIT OF SERVICE

| Case: 1:26-cv-01177-RLY-MKK | Court: IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION | County: | Job: 16056674 (Clark/Med-1) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Amber Clark, | | **Defendant / Respondent:** Med-1 Solutions, LLC, an Indiana limited liability company | |
| **Received by:** Hoosier Process Service, LLC | | **For:** Nationwide Investigations | |
| **To be served upon:** Med-1 Solutions, LLC c/o William J. Huff, registered agent | | | |

I, Derek Westfall, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Kira Tucher , 517 US Highway 31 N, Greenwood, IN 46142

**Manner of Service:**   Authorized, Jun 9, 2026, 3:57 pm EDT

**Documents:**   Complaint, Summons, NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO MAGISTRATE JUDGE

**Additional Comments:**

1) Successful Attempt: Jun 9, 2026, 3:57 pm EDT at 517 US Highway 31 N, Greenwood, IN 46142 received by Kira Tucher . Age: 35; Ethnicity: White; Gender: Female; Weight: 180; Height: 5'4"; Hair: Brown; Relationship: Authorized to accept service on behalf of Med 1 and William Huff;

_____                    06/09/2026
Derek Westfall                                              **Date**

Hoosier Process Service, LLC
Indianapolis, IN 46254